# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 211 MAL 2020

           Respondent                 :

                               :   Petition for Allowance of Appeal
                               :   from the Order of the Superior Court

           v.                      :

                               :

BRANDON SCOTT FOURNIER,        :

           Petitioner                :

## ORDER

**PER CURIAM**

     **AND NOW**, this 15th day of October, 2020, the Petition for Allowance of Appeal is **DENIED**.